# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

**No. 201700004**

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## ADRIAN D. BROWN
Aviation Boatswain's Mate (Handling) Airman Recruit (E-1),
U.S. Navy
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander Jonathan T. Stephens, JAGC, USN.
Convening Authority: Commanding Officer, Navy Region Southwest
Transient Personnel Unit, San Diego, CA.
Staff Judge Advocate's Recommendation: Lieutenant John M.
Berosky, JAGC, USN.
For Appellant: Lieutenant Commander Jeremy J. Wall, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 6 April 2017

———————————————

Before CAMPBELL, HUTCHISON, and GROHARING, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court